United States District Court
Southern District of Texas
**ENTERED**
November 02, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| DARREN SEIGEL, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 3:18-CV-276 |
| § | |
| U.S. BANK NATIONAL ASSOCIATION, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

The parties have filed a joint stipulation of dismissal with prejudice (Dkt. 9). *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Pursuant to that stipulation, this case is **DISMISSED WITH PREJUDICE**. Each party will bear its own costs and fees. **THIS IS A FINAL JUDGMENT**.

SIGNED at Galveston, Texas, this 2nd day of November, 2018.

_____
George C. Hanks Jr.
United States District Judge